# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ERICK PELAYO,<br><br>        Defendant. | Case No.: 23-cr-0988-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

On June 12, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for June 16, 2023 to July 21, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 26] and sets the Motion Hearing/Trial Setting on July 21, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

23-cr-0988-JO

  Further, on June 11, 2023, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from June 11, 2023 to July 21, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

  IT IS SO ORDERED.

Dated: 6/15/2023

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE